SEYFARTH SHAW LLP
Gilmore F. Diekmann, Jr. (SBN 050400) gdiekmann@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

SEYFARTH SHAW LLP
Michael L. Gallion (SBN 189128) mgallion@seyfarth.com
William C. Thomas (SBN 241789) wthomas@seyfarth.com
2029 Century Park East, Suite 3300
Los Angeles, California 90067-3063
Telephone: (310) 277-7200
Facsimile:  (310) 201-5219

Attorneys for Respondent
MCCORMICK & SCHMICKS

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
William R. Tamayo (SBN 084965) (CA)
Jonathan T. Peck (SBN 12303) (VA)
Marcia L. Mitchell (SBN 18122) (WA) marcia.mitchell@eeoc.gov
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA  94105
Telephone: (415) 625-5651
Facsimile:  (415) 625-5657

Attorneys for Applicant
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Applicant,<br><br>v.<br><br>MCCORMICK & SCHMICK'S,<br><br>Respondent. | Case No. C-07-80065-MISC-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE**<br><br>Date: April 13, 2007<br>Time: 8:00 a.m.<br>Judge: William Alsup<br>Courtroom: No. 9, 19th Floor |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE

The parties, by and thorough their attorneys of record, hereby stipulate as follows:

1. The hearing on this matter is currently set for April 13, 2007.

2. This matter arises out of the EEOC's issuance of an administrative subpoena to McCormick & Schmicks' requesting a number of different categories of items in conjunction with the EEOC's investigation of charges of discrimination against the Respondent.

3. Gilmore F. Diekmann, Michael L. Gallion and William C. Thomas III of the law firm Seyfarth Shaw LLP represent Respondent. Attorneys for Respondent are not available on April 13, 2007.

4. This continuation of the hearing date to May 10, 2007, will give the parties ample time to further meet and confer and seek resolution of contested information and documents sought by the EEOC in the underlying administrative subpoena.

5. Based on the foregoing, the parties hereby stipulate and request that the Court continue the hearing to May 10, 2007.

DATED: March 23, 2007

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

By _____
Marcia L. Mitchell
Attorneys for Applicant
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

DATED: March 26, 2007

SEYFARTH SHAW LLP

By _____
William C. Thomas
Attorneys for Respondent
MCCORMICK & SCHMICKS

**ORDER**

IT IS SO ORDERED.

DATED: March 27, 2007         THE HONORABLE WILLIAM ALSUP

By: _____
JUDGE, UNITED STATES
DISTRICT COURT

*IT IS SO ORDERED / Judge William Alsup*

No further extensions will be granted.

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE