SEYFARTH SHAW LLP
Gilmore F. Diekmann, Jr. (SBN 050400) gdiekmann@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

SEYFARTH SHAW LLP
Michael L. Gallion (SBN 189128) mgallion@seyfarth.com
William C. Thomas (SBN 241789) wthomas@seyfarth.com
2029 Century Park East, Suite 3300
Los Angeles, California 90067-3063
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Respondent
MCCORMICK & SCHMICKS

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
William R. Tamayo (SBN 084965) (CA)
Jonathan T. Peck (SBN 12303) (VA)
Marcia L. Mitchell (SBN 18122) (WA) marcia.mitchell@eeoc.gov
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105
Telephone: (415) 625-5651
Facsimile: (415) 625-5657

Attorneys for Applicant
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Applicant,<br><br>v.<br><br>MCCORMICK & SCHMICK'S,<br><br>Respondent. | Case No. C-07-80065-MISC-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER TO ALLOW ONE (1) DAY EXTENSION FOR RESPONDENT TO FILE OPPOSITION TO SUBPOENA ENFORCEMENT ACTION**<br><br>Date: May 10, 2007<br>Time: 8:00 a.m.<br>Judge: William Alsup<br>Courtroom: No. 9, 19th Floor |

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION TO ALLOW RESPONDENT TO FILE OPPOSITION BRIEF

The parties, by and thorough their attorneys of record, hereby stipulate as follows:

1. The hearing on this matter is currently set for May 10, 2007. Respondent's brief in opposition to the pending enforcement action is due to be filed on Thursday, April 19, 2007.

2. Respondent's counsel William C. Thomas III has been asked to cover an all-day manager training session in Valencia, California for a colleague on Wednesday, April 18, 2007.

3. After conferring with EEOC trial attorney Marcia Mitchell about the one-day extension, Ms. Mitchell agreed that she would agree to such an extension of time to allow Respondent to file its opposition brief on Friday, April 20, 2007.

4. Based on the foregoing, the parties hereby stipulate and request that the Court grant Respondent a one-day extension to file its opposition brief in this matter.

DATED: April 17, 2007

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

By /s/ Marcia L. Mitchell
Marcia L. Mitchell
Attorneys for Applicant
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

DATED: March __, 2007

SEYFARTH SHAW LLP

By /s/ William C. Thomas III
William C. Thomas III
Attorneys for Respondent
MCCORMICK & SCHMICKS

---

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION TO ALLOW RESPONDENT TO FILE OPPOSITION BRIEF

1

**ORDER**

IT IS SO ORDERED that Respondent may file its opposition brief on or before April 20, 2007.

DATED: April 18, 2007                THE HONORABLE WILLIAM ALSUP

By: _____
JUDGE OF THE UNITED STATES
DISTRICT COURT

*IT IS SO ORDERED*
*Judge William Alsup*

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE